1028

[No. 4678–1.   Division One.   September 6, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY
DEAN AUDRAIN, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9116, Marshall Forrest, J., entered
March 12, 1976. *Dismissed* by unpublished per curiam
opinion.


[No. 4160–1.   Division One.   September 6, 1977.]

*In the Matter of the Marriage of* MARGERY SCHALLER,
*Respondent, and* GILBERT K. SCHALLER,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D–70277, Solie M. Ringold, J., entered Sep-
tember 19, 1975. *Reversed* by unpublished per curiam
opinion.


[No. 2001–3.   Division Three.   September 6, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. WESLEY J.
FREGIA, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 24242, George T. Shields, J., entered
May 3, 1976. *Affirmed* by unpublished opinion per
Hettinger, J. Pro Tem., concurred in by Green and
McInturff, JJ.